FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

May 16, 2022

No. 04-21-00495-CV

**IN THE INTEREST OF J.O.L. AND I.C.L. CHILDREN**

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 12-06-27527-MCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

The Appellees', Robert and Brenda Leija Second Motion for Extension of Time to File Appellees' Brief is hereby GRANTED. The Appellees' brief is due on or before June 10, 2022. No further extensions absent extenuating circumstances.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of May, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court